JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARCUS PERKINS, | Case No. CV 08-5420-GAF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| D.K. SISTO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: September 3, 2008

_____
Gary A. Feess
United States District Judge